1  SCOTT A. LEWIS (SBN: 149094)
   PERRY, JOHNSON, ANDERSON,
2  MILLER & MOSKOWITZ, LLP
   438 First Street, Fourth Floor
3  Santa Rosa, CA 95401
   Telephone: (707) 525-8800
4  Facsimile: (707) 545-8242

5  Attorney for Plaintiff MELISSA FARRIS

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

12
   MELISSA FARRIS,                          CASE NO.  CV-06-04487 CRB
13
            Plaintiff,                      NOTICE OF DISMISSAL
14
   vs.
15
   JAMES M. WILLIAMS, individually and on
16 behalf of SIMPLERS BOTANICAL
   COMPANY, LLC,
17
            Defendant.
18 _____/

19 TO THE CLERK AND THE COURT:

20      PLEASE DISMISS THIS ACTION AS FOLLOWS:

21      **With** prejudice, the entire action of all parties and all causes of action.

22 DATED: October 23, 2006            PERRY, JOHNSON, ANDERSON,
                                      MILLER & MOSKOWITZ LLP
23

24                                    BY:   /s/ Scott A. Lewis
                                            SCOTT A. LEWIS
25                                    Attorneys for Plaintiff MELISSA FARRIS

26                                    October 24 2006

27

28

   [Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

   Dismissal - CV-06-04487 CRB              1